IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHUBHAM SHUBHAM,**<br>**Petitioner**<br><br>v.<br><br>**WARDEN, Moshannon Valley Processing Center;**<br>**ENFORCEMENT AND REMOVAL OPERATIONS (ERO);**<br>**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE);**<br>**DEPARTMENT OF HOMELAND SECURITY,**<br>**Respondents** | No. 3:26cv389<br><br>(Judge Munley) |

## ORDER

On February, 2026, the Clerk of Court docketed Petitioner Shubham Shubham's petition for writ of habeas corpus under 28 U.S.C. § 2241. (Doc. 1). Shubham also seeks a temporary restraining order prohibiting the respondents from transferring him to a detention facility outside of this judicial district pending a determination of the petition. (Doc. 2)

Shubham alleges that he has been in the custody of Immigration and Customs Enforcement ("ICE") at the Moshannon Valley Processing Center ("MVPC") since approximately September 9, 2025. (Doc. 1 ¶¶ 13–15). He seeks

immediate release, or, in the alternative, an individualized bond hearing before an immigration judge. Id. at p.10, Prayer for Relief.

While MVPC's mailing address suggests that it is located in Philipsburg, Centre County, the facility is physically located in Decatur Township, Clearfield County, and is thus situated in the Western District of Pennsylvania. See 28 U.S.C. § 118(c). This court, therefore, has no jurisdiction to entertain Shubham's Section 2241 petition. See Rumsfeld v. Padilla, 542 U.S. 426, 443 (2004) ("The plain language of the habeas statute thus confirms the general rule that for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement.").

Under the law, the court can either dismiss the instant petition or, if in the interest of justice, transfer the petition to the appropriate district court — the United States District Court for the Western District of Pennsylvania. See 28 U.S.C. § 1406(a) ("The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."); 28 U.S.C. § 118(c). The court will transfer the instant petition pursuant to Section 1406(a) to the Western District of Pennsylvania, where it should have been filed in the first instance.

2

Thus, for the reasons set forth above, it is hereby **ORDERED** that:

1) The Clerk of Court is directed to **TRANSFER** Shubham Shubham's petition for a writ of habeas corpus, (Doc. 1), to the United States District Court for the Western District of Pennsylvania; and

2) The Clerk of Court is directed to close this case in this court.

Date: 2/17/26

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court